## MOTION DOCKET

**96–1389.  State v. Schlosser.**
Montgomery App. Nos. 14968 and 14976.  On motion for leave to participate in oral argument. Motion denied.
DOUGLAS and PFEIFER, JJ., dissent.

**96–1390.  State v. Schlosser.**
Montgomery App. Nos. 14968 and 14976.  On motion for leave to participate in oral argument. Motion denied.
DOUGLAS and PFEIFER, JJ., dissent.

**96–2247.  State ex rel. The Plain Dealer v. Ohio Dept. of Ins.**
In Mandamus.  On motion to strike affidavit of Douglas A. Andrews.  Motion denied.
COOK and LUNDBERG STRATTON, JJ., would also disqualify Douglas A. Andrews as counsel.
MOYER, C.J., and RESNICK, J., dissent and would grant the motion to strike.

**96–2248.  USAir, Inc. v. Tracy.**
Board of Tax Appeals, No. 94–S–276.  On request for argument before full court.  Request granted.

**96–2311.  State v. Keenan.**
Cuyahoga App. No. 67452.  On motion to participate in oral argument.  Motion denied.
DOUGLAS, RESNICK and LUNDBERG STRATTON, JJ., dissent.

**96–2455.  State v. Keene.**
Montgomery App. No. 14375.  On motion to strike exhibits.  Motion denied.
On motion to unseal evidentiary exhibits.  Motion granted.

**97–490.  State v. Dodson.**
Muskingum App. No. 9616.  On motion for leave to file delayed appeal.  Motion denied.
RESNICK and PFEIFER, JJ., dissent.

**97–496.  State v. McMullen.**
Hamilton App. No. C–960088.  On motion for leave to file delayed appeal.  Motion granted.
DOUGLAS, F.E. SWEENEY and COOK, JJ., dissent.

**97–497.  State v. Davis.**
Franklin App. No. 96APA02–233.  On motion for leave to file delayed appeal.  Motion denied.
RESNICK, J., dissents.

**97–548.  State v. Yauger.**
Summit App. No. 17782.  On motion for leave to file delayed appeal.  Motion denied.

**97–554.  State v. Cooke.**
Hamilton App. No. C–950736.  On motion for leave to file delayed appeal.  Motion denied.
RESNICK, J., dissents.

## DISCRETIONARY APPEALS ALLOWED

**97–17.  Justis v. Justis.**
Meigs App. No. 96CA11.
RESNICK, F.E. SWEENEY and COOK, JJ., dissent.

**97–261.  Middendorf v. Middendorf.**
Shelby App. No. 17–96–5.
F.E. SWEENEY and COOK, JJ., dissent.

**97–289.  Ladrigan v. Clermont Cty. Ohio Sewer & Water Co.**
Clermont App. No. CA96–03–035.  The discretionary appeal is allowed; *sua sponte,* cause held for the decision in 95–1924, *Hill v. Urbana,* Champaign App. No. 94CA22;  briefing schedule stayed.
RESNICK, F.E. SWEENEY and COOK, JJ., dissent.